UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
ELIA C. HERNANDEZ

CASE NO. 04-17195-BKC-RAM

MAY 14 2010

U.S. BANKRUPTCY CT.
SO. DIST. OF FLA.
MIAMI - OFFICE

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 53.50 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: MAY 1 3 2010

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

ELIA C. HERNANDEZ  
15868 S.W. 61ST ST.  
MIAMI, FL 33193

DESIREE CALAS JOHNSON, ESQ.  
782 NW 42 AVENUE  
SUITE 447  
MIAMI, FL 33126

KENDALL REGIONAL MEDICAL CNTR  
% POLLACK & ROSEN P.A.  
800 DOUGLAS ROAD STE#450  
CORAL GABLES, FL 33134-3189

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

```
                    UNITED STATES BANKRUPTCY COURT
                     SOUTHERN DISTRICT OF FLORIDA


   IN RE:                          CASE NO.   04-17195-BKC-RAM
   ELIA C. HERNANDEZ


                                   CHAPTER 13


   ELIA C. HERNANDEZ

   15868 S.W. 61ST ST.
   MIAMI, FL 33193


   DESIREE CALAS-JOHNSON, ESQ.
   782 NW 42 AVENUE
   SUITE 447
   MIAMI, FL 33126

   KENDALL REGIONAL MEDICAL CNTR ---------$          53.50
   % POLLACK & ROSEN P.A.
   800 DOUGLAS ROAD STE#450
   CORAL GABLES, FL 33134-3189
                                        UNDELIVERABLE/STALE
                                        CLAIM REGISTER#  5
   U.S. Trustee
   51 S.W. 1st Avenue
   Miami, Florida 33130
```